UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 26-MJ-00013-SMM

UNITED STATES OF AMERICA,

v.

ADOLFO GONZALEZ-TOL,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   **No.**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
**JESSICA KAHN OBENAUF**
Assistant United States Attorney
Florida Bar No.: 52716
101 S. US Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Jessica.Obenauf@usdoj.gov

AO 91 (Rev. 11/11) Criminal ComplaintAUSA Jessica Kahn Obenauf

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ADOLFO GONZALEZ-TOL, | ) Case No. 26-MJ-00013-SMM |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 1, 2026__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

FILED BY ___TM___ D.C.

Mar 4, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Angelo Zaravelis, Deportation Officer, ICE
*Printed name and title*

Date: 3/4/2026

_____
*Judge's signature*

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

City and state: Fort Pierce, Florida

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Adolfo GONZALEZ-TOL ("GONZALEZ-TOL") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a).

3. On or about February 28, 2026, Fort Pierce Police Department arrested GONZALEZ-TOL in Saint Lucie County, Florida for the offense of operating a motor vehicle without a valid driver's license. As part of the booking process at the Saint Lucie County Jail, GONZALEZ-TOL was fingerprinted. On March 1, 2026, a booking clerk at the Saint Lucie County Jail notified ICE of the arrest, alerting ICE to GONZALEZ-TOL's presence in the United States.

4. I reviewed documents from the immigration alien file belonging to Adolfo GONZALEZ-TOL, AXXX XXX 259, which show that he is a native and citizen of Guatemala. Records show that on or about June 11, 2011, GONZALEZ-TOL was ordered removed from the

United States. On June 24, 2011, GONZALEZ-TOL was removed from the United States to Guatemala.

5. Thereafter, GONZALEZ-TOL illegally reentered the United States. On November 4, 2011, GONZALEZ-TOL was removed from the United States to Guatemala for a second time.

6. Thereafter, GONZALEZ-TOL illegally reentered the United States. On October 12, 2012, GONZALEZ-TOL was removed from the United States to Guatemala for a third time.

7. Law enforcement scanned the fingerprints related to the February 28, 2026 arrest of GONZALEZ-TOL into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that GONZALEZ-TOL is the individual that was previously removed from the United States.

8. Agents performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Adolfo GONZALEZ-TOL ever filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no records exist indicating that GONZALEZ-TOL obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States as required by law.

9. Based on the foregoing, I believe that there exists probable cause to believe that, on or about March 1, 2026, Adolfo GONZALEZ-TOL, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this ____ day of March, 2026.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

3